George S. Oliver and Mabel Oliver, appellees, v. Louis Zimmerman, appellant. Gen. No. 32,025.

Action for conversion of real estate sales contract deposit. Judgment for plaintiffs. Appeal from the Municipal Court of Chicago; the Hon. Arnold Heap, Judge, presiding. Heard in the second division

of this court for the first district at the October term, 1927. Reversed. Opinion filed January 31, 1928.

Louis Zimmerman, *pro se.* Joseph E. Winterbotham, for appellees.

Mr. Presiding Justice Barnes delivered the opinion of the court.